Roger A. Colvin, Esq. (SBN 68773)
Sharon Medellín (SBN 213798)
ALVAREZ-GLASMAN & COLVIN
Attorneys at Law
13181 Crossroads Parkway North
Suite 400, West Tower
City of Industry, CA  91746
(562) 699-5500 · Facsimile (562) 692-2244
rcolvin@agclawfirm.com   smedellin@agclawfirm.com

Attorneys for Defendant Chico Police Department

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOEFFLER,<br><br>            Plaintiff,<br><br>    vs.<br><br>BUTTE COLLEGE; ENLOE HOSPITAL; CHICO POLICE DEPARTMENT; and  DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: 2:16-cv-00961-JAM-AC<br><br>(*Assigned to Honorable District Court Judge John A. Mendez* )<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF CHICO POLICE DEPARTMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

    WHEREAS on June 9, 2016, Plaintiff Matthew Loeffler ("Plaintiff") and Defendant Chico Police Department (the "Department") entered into a Settlement Agreement and Release of All Claims in the above-captioned action;

    NOW THEREFORE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and the Department hereby stipulate to the dismissal

1

with prejudice of the following causes of action as to the Department only:

- First Cause of Action for Defamation
- Third Cause of Action for Negligence
- Fourth Cause of Action for Abuse of Power
- Sixth Cause of Action for Conspiracy
- Seventh Cause of Action for Vicarious Liability
- Fifteenth Cause of Action for Attempted Extortion
- Sixteenth Cause of Action for Unlawful Search/Seizure
- Eighteenth Cause of Action for Unlawful Arrest
- Twentieth Cause of Action for Assault and Batter

Plaintiff and the Department shall bear their own costs and attorney's fees.

DATED:  June 13, 2016

By: ___/s/_____
Matthew Loeffler
Plaintiff

DATED:  June  9, 2016         ALVAREZ-GLASMAN & COLVIN
                              VINCENT C. EWING
                              CITY ATTORNEY


By: /s/ Sharon Medellín_____
Sharon Medellín
Attorneys for Defendant Chico Police
Department

///

///

2

# **ORDER**

Having fully resolved all causes of action alleged against the Department by way of Plaintiff's Complaint on file herein, the Department is hereby dismissed from this action WITH PREJUDICE.

IT IS SO ORDERED:

DATED: 6/14/2016

/s/ John A. Mendez_____
John A. Mendez
U. S. District Court Judge