UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOEFFLER, | No. 2:16-cv-0961 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COLLEGE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this matter pro se. The matter was accordingly referred to the undersigned magistrate judge by E.D. Cal. R. 302(c)(21). The parties have submitted a Stipulation of Voluntary Dismissal, signed by all parties who have appeared in the action, dismissing the Chico Police Department from this action with prejudice. ECF No. 6; see Fed. R. Civ. P. 41(a)(1)(A)(ii) (stipulated dismissal is effective without a court order when signed by all appearing parties).

Accordingly, IT IS HEREBY ORDERED that the Chico Police Department's Motion To Dismiss (ECF No. 4), is DENIED as moot, and the hearing on that motion, scheduled for June 29, 2016, is VACATED.

DATED: June 15, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE