UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOEFFLER, | No. 2:16-cv-0961 JAM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COLLEGE, et al., | |
| Defendants. | |

Plaintiff is proceeding in this matter pro se. The matter was accordingly referred to the undersigned magistrate judge by E.D. Cal. R. 302(c)(21). This matter was set for a Status (Pretrial Scheduling) Conference on October 19, 2016. However, no status reports have been filed, and the docket indicates that plaintiff has taken no activity in this case for months, other than dismissing the Chico Police Department.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for October 19, 2016 is VACATED;

2. Plaintiff is Ordered to Show Cause why this action should not be dismissed for failure to prosecute; and

////

////

////

1

3. Plaintiff is cautioned that failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: October 13, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE