Matthew Loeffler
5959 Woodbriar Way
Citrus Heights, CA 95969
(530) 717-0338

Plaintiff "in pro per"

**FILED**
OCT 26 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOEFFLER, | ) Case No.: 2:16-cv-00961-JAM-AC |
| Plaintiff, | ) **PLAINTIFF'S REQUEST FOR** |
| vs. | ) **VOLUNTARY DISMISSAL** |
| BUTTE COLLEGE; ENLOE HOSPITAL; CHICO POLICE DEPARTMENT; and DOES 1 through 50, inclusive, | ) Order to Show Cause re: Dismissal issued October 17, 2016 |
| Defendants. | ) |

TO THE HONORABLE COURT:

I am the Plaintiff in this matter and I voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The two remaining defendants, Butte College and Enloe Hospital, have not appeared in the above entitled action.

1

1 | Such dismissal shall be with prejudice pursuant to the settlement agreement entered in this matter and the settlement agreements entered in the companion state court action (Butte County Superior Court Case No. 16CV00328), with each side to bear its own costs and fees.

October 25, 2016            Respectfully Submitted,

_____
Matthew Loeffler
Plaintiff, pro per